IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of George Lee Baugh, III - #097407 | No. C 14-80162 WHA<br>**ORDER OF SUSPENSION** |

    Because George Lee Baugh, III has failed to respond to the order to show cause, Mr. Baugh's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: July 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE